IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUZOHAPP, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> RONALD PARTRIDGE, § <br> § <br> Defendant. § | Civil Action No. 4:23-cv-00206 |

## ORDER OF DISMISSAL

Before the Court is a Joint Stipulation of Dismissal With Prejudice filed by Plaintiff SuzoHapp, Inc. and Defendant Ronald Partridge. Based on the parties' Joint Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that this case is dismissed with prejudice as to all claims and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

SIGNED this 17th day of January, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE